IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-01343-AP**

In re:

**CHERYL L. PEREZ**,

    Debtor.

**ROBERT S. ABDALIAN**,
Special Counsel,

    Appellant,

v.

**S. STEWART FARNET**,

    Appellee.

---

### ORDER STRIKING APPEARANCE OF ATTORNEY

Kane, J.

The court is advised that Evan Park Howell, III, is not admitted to practice before this court, and having given him adequate notice of that deficiency, it is

ORDERED that Mr. Howell's appearance is STRICKEN as attorney of record for Cheryl L. Perez, Debtor. Noticing for Mr. Howell shall be terminated immediately following service of this order.

Dated this 10th day of October, 2008.

                                          BY THE COURT:

                                          ***S/John L. Kane***
                                          John L. Kane, Senior Judge
                                          United States District Court