IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-01343-AP**

In re:

**CHERYL L. PEREZ**,

  Debtor.

**ROBERT S. ABDALIAN**,
Special Counsel,

  Appellant,
v.

**S. STEWART FARNET**,

  Appellee.

## ORDER OF DISMISSAL

Kane, J.

  This matter is before the court on S. Stewart Farnet's Opposed Motion to Dismiss Appeal of Robert S. Abdalian, Esq. (Doc. #21), filed October 6, 2008. I have reviewed the motion, the response and the reply. The motion is **GRANTED** for the following reasons:

  1. The Appellant, Robert S. Abdalian, has no standing.

  2. The order appealed from is not a final order not a collateral order from which appeal can be taken.

  3. The order appealed from is not the proper subject of an appeal.

  I find no reason to depart from my decision in *In re Blinder Robinson & Co., Inc.,* 132 B.R. 759 (D.Colo. 1991), which addressed the points raised in Abdalian's motion and rejects

them.

Dated this 3rd day of December, 2008.

BY THE COURT:

***S/John L. Kane***
John L. Kane, Senior Judge
United States District Court